UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARGARET CLINE                          CIVIL ACTION NO. 10-cv-0644

VERSUS                                  JUDGE HICKS

CITY OF BOSSIER CITY, ET AL             MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion to Compel or, Alternatively, Motion for Imposition of Sanctions for Failure to Participate in Discovery (Doc. 16)** is **granted**, and Plaintiff's case is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that Defendants' request for additional sanctions, such as imposition of fees, expenses or costs, is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16th day of June, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE